# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:15-CR-0028 KJM |
| **SLAVIC KHUDOY,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | SLAVIC KHUDOY | |
| Detained at | Rio Consumnes Correctional Center | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint |
| | | charging detainee with: |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary March 11, 2015 at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew G. Morris |
| Printed Name & Phone No: | MATTHEW G. MORRIS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 11, 2015 at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 4, 2015

*/s/ Allison Claire*
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | X-2852124 | DOB: | 05/27/1979 |
| Facility Address: | 12500 Bruceville Road, Elk Grove, CA | Race: | |
| Facility Phone: | (916) 874-1927 | FBI#: | |
| Currently | VC 10851(A) | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)