UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 24, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SLAVIC KHUDOY,<br><br>Defendant. | Case No. 2:15-cr-00028-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SLAVIC KHUDOY ,

Case No. 2:15-cr-00028-KJM  Charge from custody for the following reasons:

_____   Release on Personal Recognizance

  X    Bail Posted in the Sum of $ 50,000, cosigned by brother in-law

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X    (Other): Release on 11/25/2015 at 9:00 a.m. to Pretrial Services for transport to ~~The Effort~~ Well Space treatment facility.

Issued at Sacramento, California on November 24, 2015 at 3:35pm

By: _____
Magistrate Judge Carolyn K. Delaney